IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG 13 PM 4: 13

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAWSON FARM, and
ROBERT LAWSON,
GEORGE R. LAWSON, AND
LONNIE A. GRIFFIN, individuals,

Defendants.

Case No.: 1:13-CV-179

## ORDER

Upon consideration of Defendants' Unopposed Motion to Vacate July 8, 2013 Consent Decree of Permanent Injunction and to Dismiss Action, any response thereto, and the entire record in this matter, it is hereby ORDERED that Defendants' Motion is GRANTED, the July 8, 2013 Consent Decree of Permanent Injunction and all other Orders currently in effect in this matter are VACATED, and this case is DISMISSED.

SO ORDERED.

Dated: 8/13/24

The Honorable Judge Christina Reiss
United States District Court Judge